(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Auto Plaza, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **36-4205401** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3040 W. Lawrence Ave.**<br>**Chicago, IL 60625** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☐ Individual(s)
- ■ Corporation
- ☐ Partnership
- ☐ Other_____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ■ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unse...
- ■ Debtor estimates that, after any exempt property is excluded and ad... will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 |
|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 milli... |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 milli... |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/21/2004
Time: 15:25:40
Debtor: AUTO PLAZA INC
Case: 04-02334    Fee : 209
Chapter: 7 Rec. # : 3057427
Judge: Carol Doyle
341 mtg: 02/26/2004 @ 12:00PM
Trustee: JOSEPH BALDI

1:04BK02334-BK001

IRT USE ONLY

(Official Form 1) (12/03)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Auto Plaza, Inc.** | **FORM B1, Page 2** |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
**ARTHUR G. SIMON 03124481**
Printed Name of Attorney for Debtor(s)
**Crane, Heyman, Simon, Welch & Clar**
Firm Name
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address
**312-641-6777**
Telephone Number
*1-20-04*
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Richard Myung Park**
Printed Name of Authorized Individual
**President/Secretary**
Title of Authorized Individual
*1/20/04*
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Auto Plaza, Inc.**

_____

Debtor

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 27,200.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 9,800.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 8,672.51 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 783,166.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 27,200.00 | | |
| Total Liabilities | | | | 801,639.21 | |

In re    **Auto Plaza, Inc.**                                    Case No. _____

_____,
Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

|  | Sub-Total > | 0.00 | (Total of this page) |
| --- | --- | --- | --- |
|  | Total > | 0.00 | |

**0**   continuation sheets attached to the Schedule of Real Property        (Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Auto Plaza, Inc.**                                      Case No. _____

_____
Debtor

## SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Foster Bank** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Real Estate Lease Security Deposit - Mr. Seung W. Yoo, Yo-Yo Coin Laundromat, 1515 W. Chicago Ave., Chicago, IL 60622** | - | 7,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >         7,000.00
(Total of this page)

___**3**___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Auto Plaza, Inc.**                                                Case No. _____

_____
Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | Approximately - $4,000.00 | - | 4,000.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        4,000.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Auto Plaza, Inc.**                                          Case No. _____
_____
                                  Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Security system, computer, copier, phone system, desk and other assorted office equipment | - | 1,000.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Air Compressor and assorted tools | - | 200.00 |
| 28. Inventory. | | 1997 Jeep Grand Cherokee, VIN #1J4GZ7853VC506652 | - | 4,000.00 |
| | | 1962 Chevrolet - 4 door, VIN# 21839L184395 | - | 2,000.00 |
| | | 1993 Ford Aerostar Van, VIN# 1FMDA31U6PZC87475 | - | 500.00 |
| | | 1987 Volvo - 4 door, VIN #YV1AX884OH1263210 | - | 500.00 |
| | | 1993 Dodge Caravan Sport Van, VIN #1B4GH44R1PX616439 | - | 500.00 |
| | | 1986 Mercedes Benz 420SEL, VIN WDBCA35D1GA269490 | - | 2,000.00 |
| | | 1991 Honda Civic Vin #JHMEE2850MS007591 | - | 500.00 |

Sub-Total >      11,200.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __Auto Plaza, Inc._____,   Case No. _____

                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. | | 1990 BMW 735IL, VIN #WBAGC4316LDC26557, consigned from T. Song C. Park at 80 Braeman Dr., Elk Grove Village, IL 60007; | - | 2,000.00 |
| | | 1994 Dodge Caravan, Vin # 1B4GH2433RX101946 consigned from Shin R. Choe at 8904 N. Meade Ave., Morton Grove, IL 60053. | - | 1,000.00 |
| | | 1995 Chevy G20 VIN# 1GCEG25Z3SF115857, consigned from Alive Heating and Cooling Company at 5030 Valley Lane, Streamwood, IL 60107 | - | 2,000.00 |
| | | 1994 Mazda - Hyun Seok Oh, 5460 S. University Avenue #93 Chicago, IL 60615 — this car is parked on Auto Plaza's lot | - | 0.00 |

Sub-Total >     5,000.00
(Total of this page)
Total >     27,200.00

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6D
(12/03)

In re   **Auto Plaza, Inc.**                                          Case No. _____

_____
Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Alive Heating and Cooling Company**<br>**5030 Valley Lane**<br>**Streamwood, IL 60107** | | | 95 Chevy G20<br>VIN # 1GCEG25Z3SF115857<br><br><br>Value $          2,000.00 | | | | 2,000.00 | 0.00 |
| Account No.<br><br>**Hinsdale Bank**<br>**25 E. First Street**<br>**Hinsdale, IL 60521** | | | 1997 Jeep Grand Cherokee, VIN<br>#1J4GZ7853VC506652<br><br><br>Value $          4,000.00 | | | | 4,800.00 | 800.00 |
| Account No.<br><br>**Shin R. Choe**<br>**8904 N. Meade Ave.**<br>**Morton Grove, IL 60053** | | | 1994 Dodge Caravan, Vin #<br>1B4GH2433RX101946 .<br><br><br>Value $          1,000.00 | | | | 1,000.00 | 0.00 |
| Account No.<br><br>**T. Song C. Park**<br>**80 Braeman Dr.**<br>**Elk Grove Village, IL 60007** | | | 1990 BMW 735IL, auto is consigned to<br>Debtor, VIN # WBAGC4316LDC26557<br><br><br>Value $          2,000.00 | | | | 2,000.00 | 0.00 |

**0**   continuation sheets attached

Subtotal
(Total of this page)                    9,800.00

Total
(Report on Summary of Schedules)        9,800.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E
(12/03)

In re    **Auto Plaza, Inc.**                                                                 Case No. _____

_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

Form B6E - Cont.
(12/03)

In re  **Auto Plaza, Inc.**                                          Case No. _____
                            Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 2884-8217<br><br>Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph<br>Chicago, IL 60601 | | - | 2003<br><br>Sales Tax for Auto Plaza, Inc. | | | | 5,028.08 | 5,028.08 |
| Account No.<br><br>Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph<br>Chicago, IL 60601 | | - | Withholding - 2003 | | | | Unknown | Unknown |
| Account No. 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<br><br>Internal Revenue Service<br>Cincinnati, OH 45999 | | - | Form 941 9/30/03 | | | | 3,644.43 | 3,644.43 |
| Account No.<br><br><br><br> | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | 8,672.51 |
| | Total<br>(Report on Summary of Schedules) | 8,672.51 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F
(12/03)

In re   **Auto Plaza, Inc.**                                    Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 01 Acura Integra, Vin # JH4DC44631S003560 | | | | |
| Abraham E. Kim 6627 Carriageway Dr. Long Grove, IL 60047 | | • | | | | | | 11,000.00 |
| Account No. | | | | | | | | |
| Ae Sun Kang Address Unknown | | | | | | | | 1,500.00 |
| Account No. 3732 769880-71002 | | | | Auto Plaza, Richard Park | | | | |
| American Express P.O. Box 297812 Fort Lauderdale, FL 33329 | | • | | | | | | 245.22 |
| Account No. 3715-410106-52000 | | | | Auto Plaza, Richard Park | | | | |
| American Express P.O. Box 7863 Fort Lauderdale, FL 33329 | | • | | | | | | 6,188.53 |
| __10__   continuation sheets attached | | | | Subtotal (Total of this page) | | | | 18,933.75 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    S/N:21307-031103    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Auto Plaza, Inc.**                                          Case No. _____

                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 0002008590000255911927 | | | | | | | | | |
| AT&T P.O. Box 7954 Westbury, NY 11590 | | - | | | | | | | 1,059.28 |
| Account No. 00414511413893 | | | | | 01 Toyota Land Cruiser | | | | |
| Bank One P.O. Box 260161 Baton Rouge, LA 70826 | | - | | | | | | | 33,500.00 |
| Account No. 4305-7221-5030-1193 | | | | | | | | | |
| Capital One Visa P.O. Box 85015 Richmond, VA 23285 | | - | | | | | | | 12,265.69 |
| Account No. | | | | | 01 Nissan Altima VIN #1N4DL01D81C144783 | | | | |
| Carlos A. Rojas 202 A. May St. Joliet, IL 60436 | | - | | | | | | | Unknown |
| Account No. | | | | | 00 Lexus RX300 VIN# JT6HF10U1Y0131905 | | | | |
| Chanwoong Park 307 Check Dr. Buffalo Grove, IL 60089 | | - | | | | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 46,824.97 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Auto Plaza, Inc.**

Debtor

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6766393002<br><br>Com Ed<br>P.O. Box 784<br>Chicago, IL 60690 | | - | | | | | 538.11 |
| Account No.<br><br>Donggyou Choi<br>1561 Woodbine Ct.<br>Deerfield, IL 60015 | | - | 01 Hyundai<br>VIN #KM85C83D81U012075 | | | | 10,000.00 |
| Account No. 2048900<br><br>Foster Bank<br>5225 N. Kedzie Ave.<br>Chicago, IL 60625 | | - | | | | | 194,104.85 |
| Account No.<br><br>Hak H. Choi<br>1616 Abby Dr.<br>Naperville, IL 60563 | | - | 97 Jeep Cherokee<br>VIN #1J4GZ78S3VC506652 | | | | 4,800.00 |
| Account No.<br><br>Han Mo Kim<br>611 Lomerick Lane #2A<br>Schaumburg, IL 60193 | | - | 98 MB ML320<br>VIN #4JGAB54ZXWZ051246 | | | | Unknown |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

209,442.96

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Auto Plaza, Inc.**                                                                 Case No. _____

_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hojin Suh<br>710 Waukegan Rd. #207<br>Glenview, IL 60025 | | - | 99 MB E430<br>VIN #WDBJF70H4XA7343161 | | | | 16,000.00 |
| Account No.<br><br>Hojin Suh<br>710 Waukegan Rd., Apt 207<br>Glenview, IL 60025 | | - | 99 MB E430<br>VIN #WDBJF70H4XA734161 | | | | Unknown |
| Account No.<br><br>Hyung J. Choi<br>288 Foxhill Dr.<br>Buffalo Grove, IL 60089 | | - | 98 Lexus ES300<br>JT8BF28GW0145580 | | | | 10,000.00 |
| Account No.<br><br>Jae Kyeong Jeong<br>2404 Chiswick #13<br>Champaign, IL 61820 | | - | 99 Toyota Camry<br>VIN #JT2BG22K9X0373913 | | | | Unknown |
| Account No.<br><br>Jae Yong Ahn<br>5050 S. Lake Shore Dr. #2211-S<br>Chicago, IL 60615 | | - | 2000 Toyota Camry<br>VIN #JT2BG22K8Y0403923 | | | | Unknown |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        26,000.00

Form B6F - Cont.
(12/03)

In re   **Auto Plaza, Inc.**                                    Case No. _____

                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jai Yuel Chung <br> 730 Deer Run Dr. <br> Palatine, IL 60067 | | - | 00 BMW 328i <br> VIN #WBAAM5333YFR16656 | | | | Unknown |
| Account No. <br><br> Jeong Hyun Chung <br> 531 Hazelwood Lane <br> Glenview, IL 60025 | | - | 1995 Toyota Camry <br> VIN #4T1SK12C1SU484672 | | | | Unknown |
| Account No. <br><br> Jeongsook Lee <br> 4887 Turnberry Dr. <br> Barrington, IL 60010 | | - | 99 Toyota Camry <br> VIN #JT2BG22K5X0372838 | | | | Unknown |
| Account No. <br><br> John C. Kwak <br> 51 BAsswood Dr. <br> Vernon Hills, IL 60061 | | - | 98 Honda Accord <br> VIN #1HGCG5647WA240375 | | | | Unknown |
| Account No. <br><br> John C. Kwak <br> 51 Basswood Dr.. <br> Vernon Hills, IL 60061 | | - | 03 Pontiac Montena <br> VIN #1GMDX03E33D157566 | | | | Unknown |

| | |
|---|---|
| Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    **0.00** |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Auto Plaza, Inc.**                                    Case No. _____

_____
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jong Su Yun <br> Korean Air <br> Express Center Bldg, 517 #19 <br> Amf Ohare, IL 60666 | | - | 1999 Honda Accord, Vin # 1HGCG5648XA122451 | | | | 8,000.00 |
| Account No. <br><br> Joseph Auto Mall <br> 5136 N. Western Ave. <br> Chicago, IL 60625 | | - | 1998 ML320 VIN #4JGAB54ZXWZ051246 | | | | 14,250.00 |
| Account No. <br><br> Katherine Park <br> 2116 Birchwood Lane <br> Buffalo Grove, IL 60089 | | - | 1999 Lexus LX470 VIN JT6HT00W2X0071376 | | | | Unknown |
| Account No. <br><br> Kenny Kong <br> 1108 Castillian Ct. <br> Glenview, IL 60025 | | - | 01 Nissan Altima VIN #1N4DL01A11C105622 | | | | Unknown |
| Account No. <br><br> Ki Chul Kang <br> 7847 N. Nordica Ave. <br> Niles, IL 60714 | | - | 99 Toyota Corolla VIN #1NXBR12E9XZ276947 | | | | Unknown |

Sheet no. __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    22,250.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Auto Plaza, Inc.**                                                    Case No. _____

_____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Korea Broadcasting Inc. 4449 N. Kedzie Ave. 2nd Fl. Chicago, IL 60625 | - | | | | | | 5,600.00 |
| Account No. | | | 01 Toyota Land Cruiser VIN #JTEHT05J012000965 | | | | |
| Kyu S. Hwang 3615 W. Lawrence Ave. Chicago, IL 60625 | - | | | | | | Unknown |
| Account No. | | | 99 Toyota Camry VIN #4T1BG22KXXU390442 | | | | |
| Kyunghui Lee 8109 Keeler Ave. Skokie, IL 60076 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| M & M Auto Sales 4031 N. Elston Ave. Chicago, IL 60618 | - | | | | | | 44,500.00 |
| Account No. | | | | | | | |
| Manheim Automotive Financial Services 1400 Lake Hearn Dr., N.E. Atlanta, GA 30319 | - | | | | | | 237,918.82 |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     288,018.82

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Auto Plaza, Inc.**                                                          Case No. _____

_____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Pil Rye Jung <br> 1430 S. Fern Dr. <br> Mount Prospect, IL 60056 | | - | 03 Toyota Corolla <br> VIN #1NXBR32E53Z104677 | | | | Unknown |
| Account No. <br><br> Sang Bum Kim <br> Cozy Restaurant <br> 9224 N. Waukegan Rd. <br> Morton Grove, IL 60053 | | - | | | | | 15,000.00 |
| Account No. <br><br> Sang Bum Kim <br> Cozy Restaurant <br> 9224 N. Waukegan Rd. <br> Morton Grove, IL 60053 | | - | 1999 Toyota Corolla, VIN #1nXBR12E2XZ141387 | | | | 8,000.00 |
| Account No. <br><br> Sang H. Han <br> 4350 Oakton St. #209 <br> Skokie, IL 60076 | | - | 98 Mercury Villager <br> VIN #4M2DV1119VDJ33043 | | | | Unknown |
| Account No. 773 588 5335 <br><br> SBC <br> Bill Payment Center <br> Chicago, IL 60663 | | - | | | | | 581.00 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 23,581.00

Form B6F - Cont.
(12/03)

In re  **Auto Plaza, Inc.**                                                    Case No. _____

                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Seung W. Yoo <br> Yo-Yo Coin Laundromat <br> 1515 W. Chicago Ave. <br> Chicago, IL 60622 | | - | | | | | 12,600.00 |
| Account No. <br><br> State Farm Bank <br> P.O. Box 3299 <br> Milwaukee, WI 53201 | | - | | | | | 88,700.00 |
| Account No. <br><br> Sun Kim <br> 742 Sarah Ln <br> Northbrook, IL 60062 | | - | 01 BMW 740IL <br> VIN #WBAGH83441DP19666 | | | | Unknown |
| Account No. 0600A0002271 <br><br> Trans Union <br> P.O. Box 99506 <br> Chicago, IL 60693 | | - | | | | | 361.49 |
| Account No. 4833 4995 5515 5042 <br><br> US Bank <br> P.O. Box 6335 <br> Fargo, ND 58125 | | - | | | | | 21,980.46 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        123,641.95

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Auto Plaza, Inc.**                                Case No. _____

                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5474 6442 4653 9374**<br><br>Wells Fargo Master Card<br>P.O. Box 348750<br>Sacramento, CA 95834 | | - | | | | | 24,473.25 |
| Account No.<br><br>Woon H. Jung<br>10325 W. Plum Tree Clr. #202<br>Hales Corners, WI 53130 | | - | 1995 Dodge Ram<br>VIN #2B6HB21Z6SK537693 | | | | Unknown |
| Account No.<br><br>Young K. Kim<br>15536 Inssbrook Dr.<br>Orland Park, IL 60462 | | - | 96 Lexus LX450<br>VIN #JT6HJ88J8T0132057 | | | | Unknown |
| Account No.<br><br>Young Mo Lim<br>124 White Branch<br>Buffalo Grove, IL 60089 | | - | 98 Acura 3.5RL<br>VIN #JH4KA9666WC000175 | | | | Unknown |
| Account No.<br><br>Young Soon Yoo<br>3406 Sonoma Circle<br>Lake In The Hills, IL 60156 | | - | 00 Lexus RX300<br>VIN #JT6HF10U7Y0147476 | | | | Unknown |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           24,473.25

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Auto Plaza, Inc.**                                          Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Youngsoo Cho**<br>**955 Estes Ave.**<br>**Elk Grove Village, IL 60007** | | - | **99 Nissan Quest**<br>**VIN #4N2XN11T8XD812452** | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **0.00** |
| Total<br>(Report on Summary of Schedules) | **783,166.70** |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re      **Auto Plaza, Inc.**                                                                      Case No. _____

_____
                                        **Debtor**

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
         schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mr. Seung W. Yoo**<br>**Yo-Yo- Coin Laundromat**<br>**1515 W. Chicago Ave.**<br>**Chicago, IL 60622** | **Real Estate Lease** |

**0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Auto Plaza, Inc.**

Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Katherine and Richard Park<br>2116 Birchwood Lane<br>Buffalo Grove, IL 60089 | Foster Bank<br>5225 N. Kedzie Ave.<br>Chicago, IL 60625 |
| Richard Park<br>2116 Birchwood Lane<br>Buffalo Grove, IL 60089 | Mannheim Automotive Financial<br>1400 Lake Hearn Dr. N.E.<br>Atlanta, GA 30319 |
| Richard Park<br>2116 Birchwood<br>Buffalo Grove, IL 60089 | U.S. Bank<br>P.O. Box 6335<br>Fargo, ND 58125 |
| Richard Park<br>2116 Birchwood<br>Buffalo Grove, IL 60089 | Wells Fargo<br>P.O. Box 348750<br>Sacramento, CA 95834 |
| Richard Park<br>2116 Birchwood<br>Buffalo Grove, IL 60089 | American Express<br>P.O. Box 297812<br>Fort Lauderdale, FL 33329<br>3732 769880-71002 |
| Richard Park<br>2116 Birchwood<br>Buffalo Grove, IL 60089 | American Express<br>P.O. Box 7863<br>Fort Lauderdale, FL 33329<br>371541010652000 |

__0__   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Auto Plaza, Inc.**                                    Case No. _____

Debtor(s)                    Chapter   **7**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**22**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  _1/20/04_                    Signature  _[signature]_

Richard Myung Park
**President/Secretary**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Auto Plaza, Inc.**                                          Case No.

                                   Debtor(s)                          Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$3,556,757.00** | **2002 Income** |
| **$3,000,000.00** | **2003 Income - approximately** |
| **$0.00** | **2004 - Income** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                           SOURCE

2

### 3. Payments to creditors

None ☐
a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| SEE ATTACHED LIST | | $0.00 | $0.00 |

None ☐
b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Kie Seop Shim 2116 Birchwood Buffalo Grove, IL 60089 Father-in-Law to Richard M. Park | September 15, 2003 - to pay off loan | $33,947.00 | $0.00 |

**SEE ATTACHED EXHIBIT**

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| M & M Auto Sales 4031 N. Elston Chicago, IL 60618 | December 22, 2003 | 1999 Toyota Camry, VIN #4T1BG22KXXU390442 - Repossessed by M&M Auto Sales from customer of Debtor Kyung Hui Lee at 8109 Keeler Ave., Skokie, IL 60076 |

Monday, January 19, 2004

|  |  |  |  |  |  | 0.00 | 260,022.10 | -260,022.10 |
|---|---|---|---|---|---|---|---|---|
| # | Account | Date | Description | Category | Ck # | Credit | Debit | Balance |
| 1 | Checking | 10/23/03 | State Farm | Pay Off | 8956 | | 634.76 | -634.76 |
| 2 | Checking | 10/23/03 | Richard Auto Body | Repair | 8958 | | 650.00 | -1,284.76 |
| 3 | Checking | 10/23/03 | Te Deum Male | Donation | 8962 | | 1,000.00 | -2,284.76 |
| 4 | Checking | 10/23/03 | Han L Lee | Refund | 8969 | | 800.00 | -3,084.76 |
| 5 | Checking | 10/23/03 | Han L Lee | Refund | 8970 | | 600.00 | -3,684.76 |
| 6 | Checking | 10/23/03 | State Farm | Pay Off | 8973 | | 765.72 | +4,450.48 |
| 7 | Checking | 10/23/03 | Foster Bank | Pay Off | 8977 | | 2,921.71 | -7,372.19 |
| 8 | Checking | 10/23/03 | American Express | Maint. | 8978 | | 3,185.67 | -10,557.86 |
| 9 | Checking | 10/23/03 | American Express | Maint. | 8979 | | 3,189.29 | -13,747.15 |
| 10 | Checking | 10/23/03 | Cash | Transfer | 8980 | | 3,000.00 | -16,747.15 |
| 11 | Checking | 10/23/03 | Cook County Dept Of | Tax | 8983 | | 716.54 | -17,463.69 |
| 12 | Checking | 10/23/03 | IL Department Of | Sales Tax | 8987 | | 1,063.00 | -18,526.69 |
| 13 | Checking | 10/23/03 | IL Department Of | Sales Tax | 8989 | | 686.00 | -19,212.69 |
| 14 | Checking | 10/23/03 | MMAA | Car Purchase | 8991 | | 600.00 | -19,812.69 |
| 15 | Checking | 10/23/03 | State Farm | Pay Off | 8992 | | 4,830.00 | -24,642.69 |
| 16 | Checking | 10/23/03 | Cash<br>Arena auction | Cashiers Check | 8968 | | 25,000.00 | -49,642.69 |
| 17 | Checking | 10/24/03 | Cashier's Check<br>Manheim Auctions | Cash | 8965 | | 30,000.00 | -79,642.69 |
| 18 | Checking | 10/25/03 | M & M Auto Sales<br>LS400 | Car Purchase | 8995 | | 12,800.00 | -92,442.69 |
| 19 | Checking | 10/25/03 | GCAA | Car Purchase | 8849 | | 13,450.00 | -105,892.69 |
| 20 | Checking | 11/04/03 | Bank One | Pay Off | 8999 | | 806.19 | -106,698.88 |
| 21 | Checking | 11/04/03 | State Farm | Pay Off | 9001 | | 894.26 | -107,593.14 |
| 22 | Checking | 11/04/03 | KBI | Advertising | 9003 | | 700.00 | -108,293.14 |
| 23 | Checking | 11/04/03 | IL Department Of | Sales Tax | 9004 | | 1,405.00 | -109,698.14 |
| 24 | Checking | 11/04/03 | IL Department Of | Sales Tax | 9005 | | 1,578.00 | -111,276.14 |
| 25 | Checking | 11/04/03 | M & M Auto Sales | Car Purchase | 9010 | | 4,500.00 | -115,776.14 |
| 26 | Checking | 11/04/03 | FPC | Donation | 9013 | | 1,400.00 | -117,176.14 |
| 27 | Checking | 11/04/03 | Sang Bum Kim | Refund | 9018 | | 10,000.00 | -127,176.14 |
| 28 | Checking | 11/07/03 | Mr. Kim | Refund | 9020 | | 15,000.00 | -142,176.14 |
| 29 | Checking | 11/07/03 | IL Department Of | Sales Tax | 9022 | | 671.00 | -142,847.14 |
| 30 | Checking | 11/07/03 | Bank One | Pay Off | 9028 | | 701.29 | -143,548.43 |
| 31 | Checking | 11/08/03 | State Farm | Pay Off | 9032 | | 809.21 | -144,357.64 |
| 32 | Checking | 11/08/03 | Jae O Yoo | Refund | 9033 | | 3,700.00 | -148,057.64 |
| 33 | Checking | 11/08/03 | Cashier's Check | Cash | 9034 | | 4,500.00 | -152,557.64 |
| 34 | Checking | 11/08/03 | Do Nam Cho | Refund | 9035 | | 2,437.00 | -154,994.64 |
| 35 | Checking | 11/08/03 | Hee W. Kim | Refund | 9036 | | 1,000.00 | -155,994.64 |
| 36 | Checking | 11/08/03 | Nextel | Telephone | 9042 | | 628.92 | -156,623.56 |

**Statement of Financial Affairs
No. 3a**

Monday, January 19, 2004

|  |  |  |  |  |  | 0.00 | 260,022.10 | -260,022.10 |
|---|---|---|---|---|---|---|---|---|
| # | Account | Date | Description | Category | Ck # | Credit | Debit | Balance |
| 37 | Checking | 11/08/03 | A. I. Credit | Insurance | 9043 |  | 697.46 | -157,321.02 |
| 38 | Checking | 11/08/03 | Foster Bank | Pay Off | 9053 |  | 3,004.88 | -160,325.90 |
| 39 | Checking | 11/08/03 | Richard Park | Salery | 9054 |  | 4,698.87 | -165,024.77 |
| 40 | Checking | 11/08/03 | Katherine Park | Salery | 9055 |  | 821.50 | -165,846.27 |
| 41 | Checking | 11/08/03 | Suk Won Park | Salery | 9056 |  | 1,939.75 | -167,786.02 |
| 42 | Checking | 11/09/03 | Foster Bank | Pay Off | 9070 |  | 2,921.71 | -170,707.73 |
| 43 | Checking | 11/10/03 | Cho | Refund | 9058 |  | 2,500.00 | -173,207.73 |
| 44 | Checking | 11/12/03 | Sang Bum Kim | Refund | 9064 |  | 5,000.00 | -178,207.73 |
| 45 | Checking | 11/14/03 | Do Nam Cho | Refund | 9082 |  | 3,620.00 | -181,827.73 |
| 46 | Checking | 11/14/03 | Secretary Of State | Application For | 9083 |  | 938.00 | -182,765.73 |
| 47 | Checking | 11/14/03 | Han L Lee | Refund | 9084 |  | 800.00 | -183,565.73 |
| 48 | Checking | 11/18/03 | Seung W. Yoo | Rent | 9092 |  | 4,200.00 | -187,765.73 |
| 49 | Checking | 11/21/03 | Eddie Zipperstein | Refund | 9096 |  | 650.00 | -188,415.73 |
| 50 | Checking | 11/23/03 | Secretary Of State | Application For | 9101 |  | 923.00 | -189,338.73 |
| 51 | Checking | 11/24/03 | IL Department Of | Sales Tax | 9099 |  | 650.00 | -189,988.73 |
| 52 | Checking | 12/01/03 | American Express | Maint. | 9073 |  | 1,670.82 | -191,659.55 |
| 53 | Checking | 12/01/03 | Northwest Insurance | Insurance | 9078 |  | 669.00 | -192,328.55 |
| 54 | Checking | 12/01/03 | Sungjin Park | Refund | 9081 |  | 4,000.00 | -196,328.55 |
| 55 | Checking | 12/01/03 | Han L Lee | Refund | 9085 |  | 600.00 | -196,928.55 |
| 56 | Checking | 12/01/03 | State Farm | Pay Off | 9089 |  | 634.76 | -197,563.31 |
| 57 | Checking | 12/01/03 | Seung W. Yoo | Rent | 9093 |  | 4,200.00 | -201,763.31 |
| 58 | Checking | 12/01/03 | Cashier's Check Kyuseop hwang | Cash | 9097 |  | 5,000.00 | -206,763.31 |
| 59 | Checking | 12/01/03 | IL Department Of | Sales Tax | 9100 |  | 1,127.17 | -207,890.48 |
| 60 | Checking | 12/01/03 | John | Refund | 9102 |  | 6,000.00 | -213,890.48 |
| 61 | Checking | 12/01/03 | State Farm | Pay Off | 9104 |  | 765.72 | -214,656.20 |
| 62 | Checking | 12/01/03 | Bank One | Pay Off | 9108 |  | 831.19 | -215,487.39 |
| 63 | Checking | 12/01/03 | KBI | Advertising | 9112 |  | 700.00 | -216,187.39 |
| 64 | Checking | 12/01/03 | IL Department Of | Sales Tax | 9113 |  | 1,655.00 | -217,842.39 |
| 65 | Checking | 12/01/03 | IL Department Of | Sales Tax | 9114 |  | 790.00 | -218,632.39 |
| 66 | Checking | 12/01/03 | Seung W. Yoo Sep 03 | Rent | 9117 |  | 4,200.00 | -222,832.39 |
| 67 | Checking | 12/01/03 | Seung W. Yoo Aug 03 | Rent | 9116 |  | 4,200.00 | -227,032.39 |
| 68 | Checking | 12/02/03 | Secretary Of State | Application For | 9118 |  | 1,123.00 | -228,155.39 |
| 69 | Checking | 12/02/03 | Com Ed | Utilities | 9127 |  | 752.53 | -228,907.92 |
| 70 | Checking | 12/02/03 | Joseph Auto Mall | Car Purchase | 9128 |  | 7,000.00 | -235,907.92 |
| 71 | Checking | 12/02/03 | State Farm | Pay Off | 9132 |  | 894.26 | -236,802.18 |
| 72 | Checking | 12/06/03 | Eun Hyun Seo | Car Purchase | 9135 |  | 1,000.00 | -237,802.18 |

2

Monday, January 19, 2004

|  |  |  |  |  |  | 0.00 | 260,022.10 | -260,022.10 |
| # | Account | Date | Description | Category | Ck # | Credit | Debit | Balance |
|---|---------|------|-------------|----------|------|--------|-------|---------|
| 73 | Checking | 12/06/03 | Ms. Yoo | Refund | 9136 |  | 2,437.00 | -240,239.18 |
| 74 | Checking | 12/06/03 | Korea Times | Advertising | 9138 |  | 725.00 | -240,964.18 |
| 75 | Checking | 12/16/03 | Bank One | Pay Off | 9139 |  | 701.29 | -241,665.47 |
| 76 | Checking | 12/16/03 | State Farm | Pay Off | 9141 |  | 809.21 | -242,474.68 |
| 77 | Checking | 12/16/03 | Foster Bank | Pay Off | 9143 |  | 3,004.88 | -245,479.56 |
| 78 | Checking | 12/16/03 | Richard M. Park | Salery | 9145 |  | 4,698.87 | -250,178.43 |
| 79 | Checking | 12/16/03 | Suk Won Park | Salery | 9146 |  | 1,939.75 | -252,118.18 |
| 80 | Checking | 12/16/03 | Katherine Park | Salery | 9147 |  | 821.50 | -252,939.68 |
| 81 | Checking | 12/16/03 | Foster Bank | Pay Off | 9149 |  | 2,921.71 | -255,861.39 |
| 82 | Checking | 12/16/03 | IL Department Of | Sales Tax | 9152 |  | 1,104.00 | -256,965.39 |
| 83 | Checking | 12/16/03 | Eddie Zipperstein | Refund | 9156 |  | 725.00 | -257,690.39 |
| 84 | Checking | 12/16/03 | American Express | Maint. | 9161 |  | 697.46 | -258,387.85 |
| 85 | Checking | 12/16/03 | American Express | Maint. | 9162 |  | 902.25 | -259,290.10 |
| 86 | Checking | 12/16/03 | Secretary Of State | Application For | 9163 |  | 732.00 | -260,022.10 |

## ATTACHMENT TO STATEMENT OF AFFAIRS 3b

Company received $90,000 on or about June 14, 2003 from account of attorney Soodong Choi, 990 River Drive, Glenview, Illinois.

Company repaid $20,000 on July 9, 2003
Company repaid $15,000 on July 19, 2003
Company repaid $15,000 on July 20, 2003
Company repaid $25,000 on August 2, 2003

to Sang B. Kim c/o Cozy Restaurant, located at 9224 N. Waukegan, Morton Grove, IL 60053

Company still owes $15,000 to Sang B. Kim.

3

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **SEE ATTACHED LIST** | | | |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Crane, Heyman, Simon, Welch & Clar**<br>**135 S. LaSalle Street**<br>**Suite 3705**<br>**Chicago, IL 60603** | **January 8, 2004 - Kie Seop Shim** | **$3,750.00** |

eFinance List (34 records)

Monday, January 19, 2004

|  |  |  |  | 0.00 | 16,765.00 | -16,765.00 |

| # | Account | Date | Description | Category | Ck # | Credit | Debit | Balance |
|---|---------|------|-------------|----------|------|--------|-------|---------|
| 1 | Checking | 01/04/03 | KAAC | Donation | 7707 | | 625.00 | -625.00 |
| 2 | Checking | 02/17/03 | Friends Of Magaret | Donation | 7907 | | 100.00 | -725.00 |
| 3 | Checking | 02/17/03 | Samil UCC | Donation | 7908 | | 200.00 | -925.00 |
| 4 | Checking | 03/03/03 | Fullness Presbyterian | Donation | 7959 | | 1,400.00 | -2,325.00 |
| 5 | Checking | 03/07/03 | Chicago Voice | Donation | 7978 | | 200.00 | -2,525.00 |
| 6 | Checking | 03/15/03 | Keumsil | Donation | 8016 | | 400.00 | -2,925.00 |
| 7 | Checking | 03/24/03 | Samil UCC | Donation | 8020 | | 200.00 | -3,125.00 |
| 8 | Checking | 03/24/03 | Samil UCC | Donation | 8038 | | 200.00 | -3,325.00 |
| 9 | Checking | 04/01/03 | Fullness Presbyterian | Donation | 8084 | | 1,400.00 | -4,725.00 |
| 10 | Checking | 04/01/03 | Samil UCC | Donation | 8073 | | 200.00 | -4,925.00 |
| 11 | Checking | 04/01/03 | Samil UCC | Donation | 8088 | | 200.00 | -5,125.00 |
| 12 | Checking | 04/22/03 | Rogers Park Florist | Donation | 8201 | | 340.00 | -5,465.00 |
| 13 | Checking | 04/28/03 | Fullness Presbyterian | Donation | 8216 | | 700.00 | -6,165.00 |
| 14 | Checking | 05/03/03 | Te Deum Male | Donation | 8228 | | 1,000.00 | -7,165.00 |
| 15 | Checking | 05/16/03 | KAAC | Donation | 8299 | | 500.00 | -7,665.00 |
| 16 | Checking | 06/07/03 | St. American Catholic | Donation | 8386 | | 100.00 | -7,765.00 |
| 17 | Checking | 06/14/03 | Rogers Park Florist | Donation | 8429 | | 120.00 | -7,885.00 |
| 18 | Checking | 06/19/03 | KASA | Donation | 8445 | | 500.00 | -8,385.00 |
| 19 | Checking | 06/24/03 | 33rd Ward Regular | Donation | 8462 | | 100.00 | -8,485.00 |
| 20 | Checking | 07/07/03 | Samil UCC | Donation | 8503 | | 500.00 | -8,985.00 |
| 21 | Checking | 07/07/03 | Fullness Presbyterian | Donation | 8512 | | 1,400.00 | -10,385.00 |
| 22 | Checking | 08/04/03 | Fullness Presbyterian | Donation | 8632 | | 700.00 | -11,085.00 |
| 23 | Checking | 08/05/03 | KAAC | Donation | 8639 | | 100.00 | -11,185.00 |
| 24 | Checking | 08/10/03 | KAAC | Donation | 8679 | | 360.00 | -11,545.00 |
| 25 | Checking | 08/11/03 | Rogers Park Florist | Donation | 8660 | | 200.00 | -11,745.00 |
| 26 | Checking | 09/02/03 | DC Associaion | Donation | 8734 | | 300.00 | -12,045.00 |
| 27 | Checking | 09/03/03 | KAVA | Donation | 8733 | | 200.00 | -12,245.00 |
| 28 | Checking | 09/11/03 | NBSDA | Donation | 8797 | | 100.00 | -12,345.00 |
| 29 | Checking | 10/01/03 | FPC | Donation | 8884 | | 1,400.00 | -13,745.00 |
| 30 | Checking | 10/06/03 | Runner's Club | Donation | 8915 | | 100.00 | -13,845.00 |
| 31 | Checking | 10/06/03 | Samil UCC | Donation | 8851 | | 300.00 | -14,145.00 |
| 32 | Checking | 10/23/03 | Te Deum Male | Donation | 8962 | | 1,000.00 | -15,145.00 |
| 33 | Checking | 11/04/03 | FPC | Donation | 9013 | | 1,400.00 | -16,545.00 |
| 34 | Checking | 11/08/03 | Rogers Park Florist | Donation | 9039 | | 220.00 | -16,765.00 |

1

**STATEMENT OF FINANCIAL AFFAIRS
NO. 7. - GIFTS**

4

### 10. Other transfers

None
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **SEE SCHEDULE B#33** | | |

### 15. Prior address of debtor

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

5

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |

**18 . Nature, location and name of business**

None
■

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | | | | |

6

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                                    ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or
☐      supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**Nori Kordvani**                                       **October 3, 2003**
**P.O. Box 6792**
**Chicago, IL 60680**


None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■      of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                     DATES SERVICES RENDERED

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐      of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS
**Auto Plaza, Inc.**                                    **3040 W. Lawrence**
                                                        **Chicago, IL 60625**


**Nori Kordvani**                                       **P.O. Box 6792**
                                                        **Chicago, IL 60680**


None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐      issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                        DATE ISSUED
**Foster Bank**                                         **July 9, 2003**
**5225 N. Kedzie Ave.**
**Chicago, IL 60625**

**Mutual Financial Group**                              **November 24, 2003**
**7366 N. Lincoln Ave.**
**Lincolnwood, IL 60712**

**Manheim Automotive Financial Services**              **unknown**
**1400 Lake Hearn Dr. N.E.**
**Atlanta, GA 30319**

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/31/02 | Richard Park | $447,140 |
| 12/31/01 | Richard Park | $362,313 |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 12/31/02 | Richard Park 2116 Birchwood Lane Buffalo Grove, IL 60089 |
| 12/31/01 | Richard Park 2116 Birchwood Lane Buffalo Grove, IL 60089 |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Richard Park 2116 Birchwood Lane Buffalo Grove, IL 60089 | President, Secretary | 100% |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Richard Park 2116 Birchwood Lane Buffalo Grove, IL 60089** | **2003** | **Approximately $60,000.00** |
| **Katherine Park 2116 Birchwood Lane Buffalo Grove, IL 60089** | **2003** | **Approximately $10,000.00** |

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER

### 25. Pension Funds.

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER

9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___1/20/04___                    Signature _____

**Richard Myung Park**
**President/Secretary**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Northern District of Illinois

In re    Auto Plaza, Inc.                  Case No. _____

               Debtor(s)         Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept................................................ | $ | 3,750.00 |
| Prior to the filing of this statement I have received.................................... | $ | 3,750.00 |
| Balance Due............................................................................................... | $ | 0.00 |

~ $209.00 of which was applied to filing fee

2.   The source of the compensation paid to me was:

     ☐ Debtor     ■ Other (specify):    **Kie Seop Shim & Young Ok Chung**

3.   The source of compensation to be paid to me is:

     Debtor     ☐ Other (specify):    **NOT APPLICABLE**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs~~and plan~~ which may be required;
    c.   Representation of the debtor at the meeting of creditors ~~XXXXXXXXXXXXXXXXX~~, and any adjourned hearings thereof;
    d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   _1-20-04_                 _Arthur Simon_

                                     **ARTHUR G. SIMON**
                                     **Crane, Heyman, Simon, Welch & Clar**
                                     **Suite 3705**
                                     **135 South LaSalle Street**
                                     **Chicago, IL 60603-4297**
                                     **312-641-6777**

---