UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Auto Plaza, Inc., | ) | Case No. 04-02334 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**Order Awarding Trustee's Final Compensation**

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation as follows:

1. Compensation    $1,492.50
   Expenses        $0.00

   TOTAL           $1,492.50

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED:_____


ENTERED: _____
United States Bankruptcy Judge