UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 04–02334 |
| Auto Plaza, Inc. | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |

### Application for Allowance and Payment of
### Final Compensation and Reimbursement of Expenses
### of Joseph A. Baldi & Associates, Attorneys for Trustee

Joseph A. Baldi & Associates, P.C. ("Baldi & Associates"), attorneys for Joseph

A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Auto Plaza, Inc., debtors

("Debtors"), pursuant to section 330 of title 11, United States Code ("Code"), requests this

Court to enter an order for the allowance and payment to Baldi & Associates of $13,769.00

as final compensation 50.0 hours of legal services rendered to the Trustee from January

23, 2004 through the close of this case; and $86.00 as reimbursement of expenses

incurred in connection with such services.   In support thereof, Baldi & Associates

respectfully states as follows:

### Introduction

1.      Debtor commenced this case on January 21, 2004 by filing a voluntary

petition for relief under chapter 7 of the Code.

2.      Joseph A. Baldi is the duly appointed, qualified and acting chapter 7

trustee in this case.

3.      Prior to filing for relief under the Code, Debtor was in the business of

selling new and used automobiles.

4.      The bar date for filing claims in this case was May 9, 2005

### Retention of Baldi & Associates

5.      On June 15, 2004,  the Court entered an ordered authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi & Associates as his counsel in this case. A copy of the order authorizing Trustee to retain Baldi & Associates is attached hereto as Exhibit A.  Baldi & Associates has served as counsel for Trustee at all times since its retention.

6.      The professional qualifications and experience of the Baldi & Associates attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Joseph A. Baldi  -- Partner
> Donna B. Wallace -- Associates

### Prior Compensation Received

7.      This is the first and final application ("Application") for allowance and payment of compensation that Baldi & Associates will file in this case.

### Services Rendered by Baldi & Associates

8.      Itemized and detailed descriptions of the specific services rendered by Baldi & Associates to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered

2

and the total number of hours of services rendered by each attorney or paralegal in each category.

       9.    The services provided by Baldi & Associates have been segregated into three categories.  Summarized below by category are the services rendered by Baldi & Associates during the period covered by this Application:

9.1 General Administration:  Baldi and Associates investigated Debtor's financial situation, conferred with Debtor's secured lender and reviewed Debtor's loan documents and vehicles titles to determine whether Debtor held any assets not subject to the lender blanket lien and available for liquidation for the benefit of creditors.    Based on its investigation, Baldi & Associates determined and advised Trustee that all of the motor vehicles in Debtor's inventory were subject to valid and perfected liens.

In connection with the foregoing, Baldi & Associates spent 12.8 hours for which it requests allowance and payment of final compensation in the amount of $4,460.00.

9.2 Preference Review:  Baldi and Associates reviewed the Debtor's bank and other business records and identified certain transfers which were potentially avoidable as either preferences or fraudulent conveyances.  Following its initial review, Baldi & Associates sent letters and conferred with potential defendants to further investigate the potential of recovery of suspect transfers.  Baldi & Associates filed suit on behalf of Trustee against Debtor's former landlord to recover preferential rent payments.  The adversary was ultimately settled and Trustee recovered $7,400 for the estate.

In connection with the foregoing, Baldi & Associates spent 34.7 hours for which it requests allowance and payment of final compensation in the amount of $8,825.00.

3

9.3  Retention of Professionals:  Baldi & Associates prepared and filed motion to authorize the Trustee to retain attorneys and accountants on behalf of the estate.

In connection with the foregoing, Baldi & Associates spent 2.5 hours for which it requests allowance and payment of final compensation in the amount of$434.00.

### Compensation Requested

10.     Baldi & Associates has expended a total of 50.0hours for the services described and categorized in paragraph nine above.  The total value of and the amount of compensation requested herein for those services is $13,769.00

11.     All of the services performed by Baldi & Associates were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Baldi & Associates at the request and direction of the Trustee.  Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of Baldi & Associates' services are compensable and the compensation requested herein is fair and reasonable.  There has been no duplication of services rendered to the Trustee by Baldi & Associates for which compensation is requested.  In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.     The rates charged by Baldi & Associates in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters.  A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached as Exhibit C.

4

## Expense Reimbursement Requested

13.     During the period covered by this Application, Baldi & Associates incurred expenses in the amount of $86.00 in connection with its representation of Trustee for which it now requests reimbursement. Expenses were for delivery of documents required for the preference review and postage and photocopying of the notice to creditors of Trustee's settlement with Debtor's landlord. The expenses have been recorded and are set forth on the billing statements attached hereto as Exhibit C.

## Payment of Compensation

14.     Baldi & Associates has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Baldi & Associates for services rendered to the Trustee in connection with this case.

15.     Baldi & Associates has not previously received or been promised any payments for services rendered in this case.

16.     The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17.     The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

## Status of the Case

18.     The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

19.     Trustee has completed and filed his Final Report simultaneously

5

herewith. Final fee applications for the Trustee and the Estate's former attorneys have also been filed concurrently with this Application.

## Financial Condition of the Case

20.   Trustee currently has approximately $7,400 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees and expenses allowed to Joseph A. Baldi & Associates in connection with this final fee application, and 3) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21.   Following payment of all chapter 7 administrative expenses set forth above, Trustee estimates there not be funds available to make a final distribution to general unsecured creditors in this case.

## Trustee's Approval

22.   Baldi & Associates certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi & Associates, attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A.   Allowing to Baldi & Associates final compensation in the amount of $13,769.00 for actual and necessary professional services rendered to the Trustee from January 23, 2004 through the closing of this case;

B.   Allowing to Baldi & Associates reimbursement of $86.00 for expenses

6

incurred in connection with the foregoing services; and

     C.    For such other and further relief as this Court deems appropriate.

Dated: July 30, 2007

Joseph A. Baldi & Associates, P.C.

Attorneys for Joseph A. Baldi, as trustee of the estate of Auto Plaza, Inc., debtor


By:_____/s/_____
            Joseph A. Baldi

Joseph A. Baldi/Atty ID 00100145
Elizabeth C. Berg/Atty ID 6200886
19 South LaSalle St.   Suite 1500
Chicago  IL  60603
312.726.8150`

7

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 04-02334 |
| Auto Plaza, Inc., | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: June 15, 2004 |
| Debtor. | ) | Time: 10:00 a.m. |

**Order Authorizing Trustee to Employ Attorneys**

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A.

Baldi and the law firm of Joseph A. Baldi & Associates, P.C. as attorneys for Trustee and the

affidavit of Joseph A. Baldi in support thereof; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Auto Plaza,

Inc., debtor, is authorized to employ Joseph A. Baldi and the law firm of Joseph A. Baldi &

Associates, P.C. to act as counsel for the Trustee, with compensation to be paid in such amounts

as may be allowed by this Court upon proper application therefor.

Dated: June 15, 2004

ENTER:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street  Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi & Associates**
**Final Fee Application**

**Auto Plaza, Inc.**
**Case No. 04-02334**

**Professional Qualifications**

**Exhibit B**

**Baldi & Associates**

<u>Joseph A. Baldi</u>

Joseph A. Baldi is the principal shareholder of Baldi & Associates. Prior to establishing his own law firm, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he was the Practice Group Chair of the Bankruptcy, Reorganization and Creditors' Rights Practice Group. Mr. Baldi has broad experience in insolvency matters, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.

Mr. Baldi's extensive experience in the field of bankruptcy includes the representation of creditors, debtors, bankruptcy trustees and creditor committees. Mr. Baldi has represented a variety of lenders, including banks, life insurance companies and other secured creditors in bankruptcy courts throughout the country. Mr. Baldi has represented debtors and bankruptcy trustees in both chapter 7 and chapter 11 cases involving real estate partnerships, restaurants, software vendors, trucking companies, construction firms and gas production facilities.

Mr. Baldi has been a member of the panel of private trustees appointed by the United States Trustee's Office for the Northern District of Illinois since 1988. He has operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, a retirement home and an industrial real estate partnership. Mr. Baldi has also liquidated a broad range of business entities as a chapter 7 trustee, including law firms, distributorships, retail firms and construction companies.

In addition to his experience in private practice, Mr. Baldi spent five years employed by the United States Trustee's Office in Chicago, Illinois where he supervised some of the largest Chapter 11 cases pending in the Northern District of Illinois. While at the U.S. Trustee's office, Mr. Baldi was responsible for the U.S. Trustee's program which monitors chapter 7 panel trustees.

Mr. Baldi is admitted to practice before the Supreme Court of Illinois, the United States District Courts for the Northern District of Illinois, the Eastern District of Wisconsin, the Northern District of Indiana and the Eastern District of Michigan and the Seventh Circuit Court of Appeals. Mr. Baldi is a member of the Bankruptcy and Reorganizations Committee of the Chicago Bar Association and American Bar Associations, the American Bankruptcy Institute and the National Association of Bankruptcy Trustees. Mr. Baldi has also actively participated in the Mediation and Local Rules subcommittees of the Chicago Bar Association's Bankruptcy and Reorganizations Committee. In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois as a member of his local elementary school board and a Park Ridge alderman.

Mr. Baldi received his Juris Doctor, *cum laude,* from DePaul University, Chicago, Illinois and received his Bachelor of Arts degree from Western Illinois University in Psychology.

### Baldi & Associates

<u>Donna B. Wallace</u>

Donna B. Wallace is an Associate of the firm whose expertise is in representing debtors, creditors and trustees in chapter 7, 11 and 13 proceedings. Prior to attaining her law degree, Mrs. Wallace spent fourteen years in Accounting and Finance with Rockwell International. In her last position with Rockwell, Mrs. Wallace was a Business Segment Controller where she supervised a joint venture with a Japanese Company. After graduating from law school, Mrs. Wallace joined the Bankruptcy Group at Rosenthal and Schanfield; she later joined the firm of Rathje Woodward Dyer and Burt in Wheaton, Illinois where she concentrated in bankruptcy and commercial litigation.

Mrs. Wallace is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a certified mediator and arbitrator.

Mrs. Wallace received her Juris Doctor, *with highest distinction,* from The John Marshall Law School in Chicago. At John Marshall, she received the Wall Street Journal Business Planning Award, was a member of the Law Review which published her comment on the topic of lenders liability and was elected to the Order of John Marshall. Mrs. Wallace received an undergraduate degree in Economics and a Masters Degree in Business Administration.

Mrs. Wallace has served as a part-time member of the accounting and law faculties at various colleges including College of DuPage, MacCormac College, Roosevelt University and was Associate Professor of Paralegal Studies at Northwestern Business College prior to joining the firm.

**Billing Statements**

**Exhibit C**

Document    Page 15 of 27

## Joseph A. Baldi & Associates, P. C.
### 19 S. LaSalle Street
### Suite 1500
### Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:**   (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

July 26, 2007
Invoice No:   909

Auto Plaza, Inc.
Joseph A. Baldi, trustee
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| **Auto Plaza - General Administration** | | | | | | | |
| | 12.80 | $4,460.00 | $51.00 | $4,511.00 | $0.00 | $0.00 | $4,511.00 |
| **Auto Plaza - Preference Recovery** | | | | | | | |
| | 34.70 | $8,825.00 | $35.00 | $8,860.00 | $0.00 | $0.00 | $8,860.00 |
| **Auto Plaza - Retention of Professionals** | | | | | | | |
| | 2.50 | $434.00 | $0.00 | $434.00 | $0.00 | $0.00 | $434.00 |
| Balance Due | 50.0 | $13,769.00 | $86.00 | | | | $13,805.00 |

# Joseph A. Baldi & Associates, P. C.

7/26/2007

Auto Plaza - General Administration

Page   2

**In Reference to:**   *Auto Plaza - General Administration*

## *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 1/23/2004 | JAB | Auto Plaza, Inc. - meet with Art Simon, discuss case, creditors, assets in debtor's possession, issues that will arise. | 0.50<br>$350.00/ hr | $175.00 |
| 1/28/2004 | JAB | Meet with Simon and debtor to review titles, cars remaining and claims against same. | 2.00<br>$350.00/ hr | $700.00 |
| 1/30/2004 | JAB | TC with D Dawson regarding documents to turn over, files received and vehicles already sold.  Discuss transfer of titles, lien rights and procedures regarding same. | 0.50<br>$350.00/ hr | $175.00 |
| 2/27/2004 | JAB | Prepare for and meet with attorney from Nissen to turn over auto titles. (1.5)  Review file, TC to M&M on consumer claims. (.5)  TC to debtor to contact State Farm. (.3)  TC to Hinsdale Bank (.3)  TC from Hinsdale Bank attorney regarding claim, title to vehicle, turnover of vehicle. (.4)  TC's with State Farm regarding contact for information on vehicle titles, loans regarding same. (.6) | 3.60<br>$350.00/ hr | $1,260.00 |
| 3/03/2004 | JAB | TC from Mannheim Auto attorney regarding Hinsdale Bank claim | 0.30<br>$350.00/ hr | $105.00 |
| 3/09/2004 | JAB | Review file, TC to State Farm regarding vehicles, liens and titles.  Forward documents regarding sales.  TC from creditors regarding meeting. | 2.00<br>$350.00/ hr | $700.00 |
| 3/10/2004 | JAB | Review debtor records regarding transfers, identify transfers to inquire about at 341. | 2.00<br>$350.00/ hr | $700.00 |
| 3/10/2004 | JAB | Meet with landlord, discuss unauthorized disposition of corporate records and property. (.3)  TC from attorney for landlord, discuss record destruction, issues raised, property available.  Discuss possible preference payments to landlord. (.3) | 0.60<br>$350.00/ hr | $210.00 |
| 3/11/2004 | JAB | TC to R Serpico regarding claim for Audi sold by debtor. | 0.40<br>$350.00/ hr | $140.00 |
| 3/31/2004 | JAB | TC with Newman for Hinsdale Bank regarding vehicle, lifting stay. | 0.20<br>$350.00/ hr | $70.00 |
| 4/07/2004 | DBW | meeting with Trustee re conducting preference review | 0.20<br>$250.00/ hr | $50.00 |

# Joseph A. Baldi & Associates, P. C.

7/26/2007

Page    3

Auto Plaza - General Administration

| | | | | | |
|---|---|---|---|---|---|
| 6/07/2004 | JAB | Review file regarding request to execute title, sign same and forward to Song, attorney for purchaser. | | 0.50<br>$350.00/ hr | $175.00 |
| | | | Total Hours | 12.80 | Total Fees | $4,460.00 |

**Joseph A. Baldi & Associates, P. C.**                                    7/26/2007

Auto Plaza -  General Administration                               Page      4

---

### Expenses

| Start Date | Code | Description | Quantity | Charges |
|---|---|---|---|---|
| 1/30/2004 | POSTAGE | Auto Plaza's W-3 form | 1.00 @ $4.62/each | $4.62 |
| 2/10/2004 | DELIVERY | Delivery of Auto Titles to Nissen & Elliot | 1.00 @ $6.20/each | $6.20 |
| 8/22/2006 | POSTAGE | Notices of Trustee's Motion to Compromise and Settle | 82.00 @ $0.39/each | $31.98 |
| 8/22/2006 | PHOTOCOP` | Notices of Trustee's Motion to Compromise and Settle | 82.00 @ $0.10/each | $8.20 |

|  |  | Total Expenses | | $51.00 |
|---|---|---|---|---|

| Total New Charges | $4,511.00 |
|---|---|
| Previous Balance | $0.00 |
| Balance Due | $4,511.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 0.20 | $250.00 |
| Joseph A Baldi | 12.60 | $350.00 |

# Joseph A. Baldi & Associates, P. C.

7/26/2007

Auto Plaza -  Preference Recovery

Page     5

**In Reference to:**     *Auto Plaza -  Preference Recovery*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/13/2004 | DBW | cf with trustee re preference review | 0.20<br>$250.00/ hr | $50.00 |
| 7/13/2004 | DBW | tc with atty for secured creditor re records related to preference review | 0.10<br>$250.00/ hr | $25.00 |
| 7/13/2004 | DBW | review file and check register to determine potential preferential transfers and fraudulent transfers re avoidance actions | 2.90<br>$250.00/ hr | $725.00 |
| 7/15/2004 | DBW | analyze check register re preference recoveries | 2.50<br>$250.00/ hr | $625.00 |
| 7/19/2004 | DBW | continue working on spread sheet for analysis of potential preference recoveries | 1.10<br>$250.00/ hr | $275.00 |
| 7/27/2004 | DBW | prep e-mail to counsel for secured creditor re document review | 0.10<br>$250.00/ hr | $25.00 |
| 8/03/2004 | DBW | review bank statements for 2003 and compare to debtors records re preference review and fraudulent transfers | 2.00<br>$250.00/ hr | $500.00 |
| 8/04/2004 | DBW | complete review of bank statements re preferences & fraudulent transfers | 1.10<br>$250.00/ hr | $275.00 |
| 9/16/2004 | DBW | review documents re investigation into $110,000 paid by Debtor to Sang Bum Kim within six months of petition which was purportedly paid to her as agent for potential shareholder who did not become shareholder | 1.30<br>$250.00/ hr | $325.00 |
| 4/20/2005 | DBW | preference review | 1.00<br>$250.00/ hr | $250.00 |
| 5/18/2005 | DBW | begin drafting form letter to be sent to various potential preference defendants | 0.40<br>$250.00/ hr | $100.00 |
| 5/19/2005 | DBW | prepare letter to counsel for Manheim Auto Services re turnover of Debtors documents | 0.40<br>$250.00/ hr | $100.00 |
| 6/13/2005 | DBW | review debtor's documents which were in the possession of secured creditor for information related to preferences, fraudulent transfers | 0.60<br>$250.00/ hr | $150.00 |
| 12/19/2005 | DBW | Review file re transfers of funds from & to Korea,  (.4), find addresses for potential preference, fraudulent transfer | 1.10<br>$250.00/ hr | $275.00 |

## Joseph A. Baldi & Associates, P. C.

7/26/2007

Auto Plaza - Preference Recovery

Page   6

---

| | | | | |
|---|---|---|---|---|
| | | defendants, (.3) meeting with Trustee re potential preferences, fraudulent transfer potential to locate & recover from Defendants (.4) | | |
| 12/20/2005 | DBW | review documents relating to sale and repurchase of stock re potential fraudulent transfer (.4)meeting with Trustee to review documents related to potential fraudulent conveyance (.3) | 0.70 $250.00/ hr | $175.00 |
| 12/21/2005 | DBW | Draft letter to Ms. Kim re recovery of fraudulent transfer (1.5), draft letter to Ms. Cho re recovery of insider preference preference (1.1), draft letter to landlord re recovery of preference (.9). tc with attorney for landlord re same (.1), tc with attorney for Debtor re location of Mr. Seo whose stock was repurchased by Debtor (.1) | 3.70 $250.00/ hr | $925.00 |
| 12/22/2005 | DBW | tc with Debtor's Attorney re contact information for Mr. Seo | 0.10 $250.00/ hr | $25.00 |
| 1/17/2006 | DBW | begin drafting complaint to recover fraudulent transfer | 0.40 $250.00/ hr | $100.00 |
| 1/17/2006 | DBW | draft complaint to avoid & recover preferential payment v. Noah Yoo (landlord) | 1.40 $250.00/ hr | $350.00 |
| 1/18/2006 | DBW | tc with Mr. Plotkin, representative for potential defendant in Fraudulent transfer case re whether client is in U.S., return of money for stock purchase, client's inability to get visa to come to US (.3), cf with trustee re advisability of proceeding with fraudulent transfer case in light of fact the ultimate recipient is in Korea and person in US will raise conduit defense (.3) | 0.60 $250.00/ hr | $150.00 |
| 1/19/2006 | DBW | prepare subpoena & attachment re documents from Foster Bank | 0.90 $250.00/ hr | $225.00 |
| 1/25/2006 | DBW | tc with Ms. Chun, Foster Bank re documents listed on attachment to subpoena (.2), prepare amended attachment to subpoena & fax cover sheet re same (.1) | 0.30 $250.00/ hr | $75.00 |
| 1/30/2006 | DBW | amend complaint to include correct check numbers (.1), e-file (.1), call to defendant's attorney re correct address for service of process (.1) | 0.30 $250.00/ hr | $75.00 |
| 2/06/2006 | DBW | review documents produced by Foster Bank in response to document production request (.3), draft fax to opposing counsel forwarding documents (.2) | 0.50 $250.00/ hr | $125.00 |
| 3/01/2006 | DBW | tc with opposing counsel re continuance | 0.10 $250.00/ hr | $25.00 |
| 3/15/2006 | DBW | tc with attorney for Yoo re settlement, time to answer complaint | 0.10 $250.00/ hr | $25.00 |

# Joseph A. Baldi & Associates, P. C.

7/26/2007

Auto Plaza -  Preference Recovery

Page    7

| | | | | |
|---|---|---|---|---|
| 3/30/2006 | DBW | tc with attorney for landlord re returned checks, discrepancy between debtor's and defendant's banks re checks cleared | 0.30 $250.00/ hr | $75.00 |
| 4/10/2006 | DBW | tc with opposing counsel re conflict between bank accounts, settlement, covering status conference | 0.20 $250.00/ hr | $50.00 |
| 4/11/2006 | DBW | appear for status hearing | 0.40 $250.00/ hr | $100.00 |
| 4/26/2006 | DBW | prepare subpoena to Foster Bank (.4), draft cover letter to Bank re same (.1) | 0.50 $250.00/ hr | $125.00 |
| 5/08/2006 | DBW | review documents statements sent by bank pursuant to subpoena (.3), call to opposing counsel re same & settlement (.1) | 0.40 $250.00/ hr | $100.00 |
| 5/09/2006 | DBW | letter to opposing counsel re bank documents & settlement (.2), tc with opposing counsel re ordinary course defenses (.1) | 0.30 $250.00/ hr | $75.00 |
| 5/09/2006 | JAB | Appear on status of preference case. | 0.50 $350.00/ hr | $175.00 |
| 6/21/2006 | DBW | tc with opposing counsel re status of preference, attendance at court (.1), attend status hearing (.4), draft fax to opposing counsel re continued date & need to have answer or settlement by new date (.1) | 0.60 $250.00/ hr | $150.00 |
| 7/27/2006 | DBW | tc with opposing counsel re status date, settlement, need to file answer if no settlement agreement | 0.10 $250.00/ hr | $25.00 |
| 8/01/2006 | DBW | tc with opposing counsel re court hearing, settlement, answer or motion for default (.1), cf with Trustee re proposed settlement (.1), tc and e-mail to opposing counsel confirming settlement agreement (.1) | 0.30 $250.00/ hr | $75.00 |
| 8/01/2006 | JAB | Confer with DBW regarding settlement, status hearing. | 0.30 $350.00/ hr | $105.00 |
| 8/02/2006 | JAB | Appear on Auto Plaza - return date on adversary v. landlord. Continue status to present motion to approve settlement. | 0.70 $350.00/ hr | $245.00 |
| 8/09/2006 | DBW | prepare settlement agreement (.5), e-mail to opposing counsel re same & deadlines (.1) | 0.60 $250.00/ hr | $150.00 |
| 8/22/2006 | DBW | call to opposing counsel to determine status of settlement agreement (.1), draft motion to approve settlement (.9), draft notice to creditors (.4), draft proposed order (.3) | 1.70 $250.00/ hr | $425.00 |
| 8/28/2006 | DBW | tc with opposing counsel re status of settlement agreement | 0.10 $250.00/ hr | $25.00 |

# Joseph A. Baldi & Associates, P. C.

7/26/2007

Auto Plaza - Preference Recovery

Page    8

---

| Date | Atty | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 9/12/2006 | DBW | appear in court re motion to approve settlement | 0.40 $250.00/ hr | $100.00 |
| 9/20/2006 | DBW | draft transmittal letter re order, settlement agreement & payment | 0.20 $250.00/ hr | $50.00 |
| 11/13/2006 | DBW | letter to attorney for Yoo to follow up on settlement payment | 0.30 $250.00/ hr | $75.00 |
| 2/14/2007 | DBW | cf with Trustee re settlement with Kim, need to vacate order & move for default judgment | 0.20 $250.00/ hr | $50.00 |
| 2/15/2007 | DBW | draft motion to vacate order approving settlement & for entry of default judgment, affidavit in support of default judgment, organize exhibits to Motion (2.4), draft fax to opposing counsel re filing of Motion if payment from client not forthcoming (.3) | 2.70 $250.00/ hr | $675.00 |

Total Hours    34.70        Total Fees    $8.825.00

**Joseph A. Baldi & Associates, P. C.**

7/26/2007

Auto Plaza - Preference Recovery

Page    9

---

### Expenses

| Start Date | Code | Description | Quantity | Charges |
|------------|------|-------------|----------|---------|
| 6/21/2005 | DELIVERY | Pickup bank records from Nissan & Elliott for preference review | 1.00 @ $35.00/each | $35.00 |

| | | Total Expenses | | $35.00 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Total New Charges | | | | $8,860.00 |
| Previous Balance | | | | $0.00 |
| Balance Due | | | | $8,860.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Donna B Wallace | 33.20 | $250.00 |
| Joseph A Baldi | 1.50 | $350.00 |

## Joseph A. Baldi & Associates, P. C.

7/26/2007

Auto Plaza - Retention of Professionals

Page   10

**In Reference to:**   *Auto Plaza - Retention of Professionals*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/26/2004 | ECB1 | TC with Lois West re retention of Popowcer as accountants for estate | 0.20<br>$140.00/ hr | $28.00 |
| 5/27/2004 | ECB | Draft motion and order to retain accountant | 0.40<br>$200.00/ hr | $80.00 |
| 6/01/2004 | ECB1 | Prepare Accountant's 2014 affidavit (.2) Obtain and forward List of Creditors for Accountant's conflict check (.1) Corres to accountant re retention, execution of affidavit and conflicts check (.1) | 0.40<br>$140.00/ hr | $56.00 |
| 6/04/2004 | ECB | Prepare Motion, affidavit and order to retain attorneys | 0.50<br>$200.00/ hr | $100.00 |
| 6/04/2004 | ECB1 | Revise and prep filing and service of motion to retain accountants | 0.40<br>$140.00/ hr | $56.00 |
| 6/15/2004 | ECB | Prepare for and attend hearing on Application to Employ Accountants & Application to Employ Attorneys | 0.50<br>$200.00/ hr | $100.00 |
| 6/17/2004 | ECB1 | Transmittal to Lois West of order of retention | 0.10<br>$140.00/ hr | $14.00 |

|  |  | Total Hours | 2.50 | Total Fees | $434.00 |
|--|--|-------------|------|-----------|---------|

**Joseph A. Baldi & Associates, P. C.**

Auto Plaza - Retention of Professionals

7/26/2007

Page   11

|  |  |
|---|---|
| Total New Charges | $434.00 |
| Previous Balance | $0.00 |
| Balance Due | $434.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 1.40 | $200.00 |
| Elizabeth (1) C Berg | 1.10 | $140.00 |

Rule 2016 Affidavit

Exhibit D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case04-02334 |
| Auto Plaza, Inc. | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtors. | ) | |

### Rule 2016 Affidavit

State of Illinois)
County of Cook)

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.      I am the principal of Joseph A. Baldi & Associates and am authorized to execute this affidavit on behalf of Joseph A. Baldi & Associates.

2.      I have read the First and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Joseph A. Baldi & Associates, Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  Joseph A. Baldi & Associates has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.      Joseph A. Baldi & Associates has not previously received payment of any compensation for services rendered in connection with this case. Joseph A. Baldi & Associates has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Joseph A. Baldi & Associates.

5.      Further affiant sayeth naught.

Joseph A. Baldi

Subscribed and Sworn to before me
this _12_ day of July 30, 2007 _September 2007_

Notary Public

"OFFICIAL SEAL"
Elizabeth C. Berg
Notary Public, State of Illinois
My Commission Exp. 06/16/

**Exhibit D**