UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Auto Plaza, Inc. | ) | Case No. 04-02334 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois

    On: **November 20, 2007**        Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                       $7,437.98

    Disbursements                                                                           $0.00

    Net Cash Available for Distribution                                        $7,437.98

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $1,492.54 | $0.00 |
| Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee* | $0.00 | $13,719.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: **None.**

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,088.00 must be paid in full for there to be any dividend

to general unsecured creditors. The priority dividend is anticipated to be 0%. Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Illinois Department of Revenue | $7,088.00 | $0.00 |

7. Claims of general unsecured creditors totaling $191,229.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%. Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Manheim Automotive Financial Service | $143,956.68 | $0.00 |
| 3 | Youngsoo Cho | $11,000.00 | $0.00 |
| 4 | American Express Travel Related Service | $269.12 | $0.00 |
| 5 | American Express Bank, FSB | $6,188.53 | $0.00 |
| 6 | City Of Chicago | $88.00 | $0.00 |
| 7 | City Of Chicago | $1,560.00 | $0.00 |
| 8 | Carfax | $250.00 | $0.00 |
| 10 | Cingular Wireless | $1,221.32 | $0.00 |
| 11 | Us Bank Corp/ Retail Payment Solution | $21,696.32 | $0.00 |
| 15 | Young K. Kim | $5,000.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing: **None.**

Dated: **October 23, 2007**                    For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Trustee:   Joseph A. Baldi
Address:   Suite 1500
           19 South LaSalle Street
           Chicago, IL  60603
Phone No.: (312) 726-8150

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 3                Date Rcvd: Oct 23, 2007
Case: 04-02334                 Form ID: pdf002             Total Served: 84


The following entities were served by first class mail on Oct 25, 2007.
db          +Auto Plaza Inc,    3040 W Lawrence Ave,    Chicago, IL 60625-4304
aty         +Arthur G Simon,    Crane Heyman Simon Welch & Clar,    135 S Lasalle St  Suite 3705,
              Chicago, IL 60603-4101
aty         +Elizabeth C Berg,    Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,
              Chicago, IL 60603-1413
tr          +Joseph A Baldi,, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
7716253     +ADT Security Services Inc.,    P.O. Box 96175,    Las Vegas, NV 89193-6175
7695609     +AT&T,    P.O. Box 7954,    Westbury, NY 11590-7954
7716251     +Abimoam Gabi,    9306 Lowell Ave.,    Skokie, IL 60076-1453
7695604     +Abraham E. Kim,    6627 Carriageway Dr.,    Long Grove, IL 60047-5162
7695606     +Alive Heating and Cooling Company,    5030 Walnut Ave.,    Streamwood, IL 60107-2931
7695607     +American Express,    P.O. Box 297812,    Fort Lauderdale, FL 33329-7812
9057182      American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
7695608     +American Express Centurion Bank,    c/o Becket & Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
9043557      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee, LLP,
              P.O. Box 3001,    Malvern, PA 19355-0701
7716257     +American Express Travel Related Svcs Co Inc Corp,    c/o Becket & Lee LLP,    PO Box 3001,
              Malvern, PA 19355-0701
7716258     +Aracelis Cruz,    921 W. Wilson Ave.,    Chicago, IL 60640-6099
7695610     +Bank One,    P.O. Box 260161,    Baton Rouge, LA 70826-0161
7695611     +Capital One Visa,    P.O. Box 85015,    Richmond, VA 23285-5015
7716262     +Carfax,    10304 Eaton Place, Ste. 500,    Fairfax, VA 22030-2238
7695612      Carlos A. Rojas,    202 A. May St.,    Joliet, IL 60436
7695613     +Chanwoong Park,    307 Check Dr.,    Buffalo Grove, IL 60089-1679
9185950     +Cingular Wireless,    Banko,    PO Box 309,    Portland, OR 97207-0309
7716265     +City of Chicago,    Dept. of Revenue,    8097 Innovation Way,    Chicago, IL 60682-0080
9083459     +City of Chicago,    Chicago Department of Revenue,    Attn Business Bankruptcy Unit,
              333 S State St Suite 540,    Chicago IL 60604-3992
7695614     +Com Ed,    P.O. Box 784,    Chicago, IL 60690-0784
7695615     +Donggyou Choi,    1561 Woodbine Ct.,    Deerfield, IL 60015-2015
7695616     +Foster Bank,    5225 N. Kedzie Ave.,    Chicago, IL 60625-4755
7695617     +Hak H. Choi,    1616 Abby Dr.,    Naperville, IL 60563-9203
7695618     +Han Mo Kim,    611 Lomerick Lane #2A,    Schaumburg, IL 60193-3239
7695620     +Hojin Suh,    710 Waukegan Rd. #207,    Glenview, IL 60025-4363
7695621     +Hojin Suh,    710 Waukegan Rd., Apt 207,    Glenview, IL 60025-4363
7695622     +Hyung J. Choi,    288 Foxhill Dr.,    Buffalo Grove, IL 60089-1570
7695624    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
7695623     +Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph,
              Chicago, IL 60601-3218
7716276     +Illinois Secretary of State,    Dept. of Police, District #1,    103 W. Roosevelt Rd.,
              Villa Park, IL 60181-3551
7716278     +J&R Automotive, Inc.,    889 N. Larch,    Elmhurst, IL 60126-1109
7695625     +Jae Kyeong Jeong,    2404 Chiswick #13,    Champaign, IL 61820-2392
7695626     +Jae Yong Ahn,    5050 S. Lake Shore Dr. #2211-S,    Chicago, IL 60615-6603
7716281     +Jai Yuel Chung,    730 Deer Run Dr.,    Palatine, IL 60067-8672
7695627     +Jai Yuel Chung,    408 E Kensington rd #B,    Mt Prospect, IL 60056-1229
7695628     +Jeong Hyun Chung,    531 Hazelwood Lane,    Glenview, IL 60025-4533
7695629     +Jeongsook Lee,    4902 Turnberry Dr,    Barrington IL 60010-5675
7716283     +Jeongsook Lee,    4887 Turnberry Dr.,    Barrington, IL 60010-5632
7695630     +John C. Kwak,    51 BAsswood Dr.,    Vernon Hills, IL 60061-2301
7695632      Jong Su Yun,    Korean Air,    Express Center Bldg, 517 #19,    Amf Ohare, IL 60666
7695633     +Joseph Auto Mall,    5136 N. Western Ave.,    Chicago, IL 60625-2533
7716288     +Julio Chaves,    4327 W. 25th Place,    Chicago, IL 60623-3632
7716289     +Jungheon Lee,    2403 Heathrow Dr., Apt. #15,    Champaign, IL 61820-2390
7716290     +Karla M. Gonzales,    4317 W. Palmer St. #1,    Chicago, IL 60639-3510
7695634     +Katherine Park,    2116 Birchwood Lane,    Buffalo Grove, IL 60089-6683
7695635     +Kenny Kong,    1108 Castillian Ct.,    Glenview, IL 60025-2476
7695636     +Ki Chul Kang,    7847 N. Nordica Ave.,    Niles, IL 60714-3313
7695637     +Korea Broadcasting Inc.,    4449 N. Kedzie Ave.,    2nd Fl.,    Chicago, IL 60625-4508
7695638     +Kyu S. Hwang,    3615 W. Lawrence Ave.,    Chicago, IL 60625-5605
7695639     +Kyunghui Lee,    8109 Keeler Ave.,    Skokie, IL 60076-3233
7716297     +Limo Samano,    2118 N. Lawndale Ave.,    Chicago, IL 60647-3402
7695640     +M & M Auto Sales,    4031 N. Elston Ave.,    Chicago, IL 60618-2121
7695641     +Manheim Automotive,    Financial Services,    1400 Lake Hearn Dr., N.E.,    Atlanta, GA 30319-1464
8079420     +Manheim Automotive Financial Services MAFS,    c/o Nisen & Elliott LLC,
              200 W Adams St Suite 2500,    Chicago, IL 60606-5232,    Attn Daniel P Dawson
7716301     +Noel Davila,    4345 N. Milwaukee,    Chicago, IL 60641-1522
7716302     +Peoples Energy,    130 E. Randolph Dr.,    Chicago, IL 60601-6302
7695642     +Pil Rye Jung,    4120 Cove LN #A,    Glenview IL 60025-3554
7716303     +Pil Rye Jung,    1430 S. Fern Dr.,    Mount Prospect, IL 60056-4527
7716304     +Rodolfo Tamayo,    3241 W. Welington Ave.,    Chicago, IL 60618-6800
7695645     +SBC,    Bill Payment Center,    Chicago, IL 60663-0001
7695643     +Sang Bum Kim,    Cozy Restaurant,    9224 N. Waukegan Rd.,    Morton Grove, IL 60053-2101
7695644     +Sang H. Han,    4350 Oakton St. #209,    Skokie, IL 60076-3270
7716308     +Secretary of State,    Howlett Building,    Returned Check Section, Room 235,
              Springfield, IL 62756-0001
7695646     +Seung W. Yoo,    Yo-Yo Coin Laundromat,    1515 W. Chicago Ave.,    Chicago, IL 60622-5237
7695647     +Shin R. Choe,    8904 N. Meade Ave.,    Morton Grove, IL 60053-2427
7695648     +State Farm Bank,    P.O. Box 3299,    Milwaukee, WI 53201-3299
```

```
District/off: 0752-1          User: amcc7                 Page 2 of 3                   Date Rcvd: Oct 23, 2007
Case: 04-02334                Form ID: pdf002             Total Served: 84

7695649        +Sun Kim,    742 Sarah Ln,    Northbrook, IL 60062-2172
7695650        +T. Song C. Park,    80 Braeman Dr.,    Elk Grove Village, IL 60007-3916
7695651        +Trans Union,    P.O. Box 99506,    Chicago, IL 60693-9506
7695652        +US Bank,    P.O. Box 6335,    Fargo, ND 58125-6335
9307576        +US Bank Corp/ Retail Payment Solutions,    PO Box 5229,    Cincinnati, Ohio 45201-5229
7716316        +Waste Management,    1411 Opus Place, Suite 400,    Downers Grove, IL 60515-1481
7695653        +Wells Fargo Bank NA,    BDD-Bankruptcy,    PO Box 53476,    Phoenix, AZ 85072-3476
7716317        +Wells Fargo Master Card,    P.O. Box 348750,    Sacramento, CA 95834-8750
7695654        +Woon H. Jung,    10325 W. Plum Tree Cir. #202,    Hales Corners, WI 53130-2629
7695655        +Young K. Kim,    15536 Inssbrook Dr.,    Orland Park, IL 60462-5083
7695656        +Young Mo Lim,    124 White Branch,    Buffalo Grove, IL 60089-1595
7695657        +Young Soon Yoo,    3406 Sonoma Circle,    Lake In The Hills, IL 60156-6737
7695658        +Youngsoo Cho,    955 Estes Ave.,    Elk Grove Village, IL 60007-4905
The following entities were served by electronic transmission on Oct 24, 2007.
7695619        +Fax: 866-543-0087 Oct 24 2007 05:26:41      Hinsdale Bank,   25 E. First Street,
                 Hinsdale, IL 60521-4119
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7695605         Ae Sun Kang,    Address Unknown
7716254         Ae Sun Kang,    Address Unknown
7716259*       +AT&T,    P.O. Box 7954,    Westbury, NY 11590-7954
7716252*       +Abraham E. Kim,    6627 Carriageway Dr.,    Long Grove, IL 60047-5162
7716255*       +Alive Heating and Cooling Company,    5030 Valley Lane,    Streamwood, IL 60107-2931
7716256*       +American Express,    P.O. Box 297812,    Fort Lauderdale, FL 33329-7812
7716260*       +Bank One,    P.O. Box 260161,    Baton Rouge, LA 70826-0161
7716261*       +Capital One Visa,    P.O. Box 85015,    Richmond, VA 23285-5015
7716263*        Carlos A. Rojas,    202 A. May St.,    Joliet, IL 60436
7716264*       +Chanwoong Park,    307 Check Dr.,    Buffalo Grove, IL 60089-1679
7716266*       +Com Ed,    P.O. Box 784,    Chicago, IL 60690-0784
7716267*       +Donggyou Choi,    1561 Woodbine Ct.,    Deerfield, IL 60015-2015
7716268*       +Foster Bank,    5225 N. Kedzie Ave.,    Chicago, IL 60625-4755
7716269*       +Hak H. Choi,    1616 Abby Dr.,    Naperville, IL 60563-9203
7716270*       +Han Mo Kim,    611 Lomerick Lane #2A,    Schaumburg, IL 60193-3239
7716271*       +Hinsdale Bank,    25 E. First Street,    Hinsdale, IL 60521-4119
7716272*       +Hojin Suh,    710 Waukegan Rd. #207,    Glenview, IL 60025-4363
7716273*       +Hojin Suh,    710 Waukegan Rd., Apt 207,    Glenview, IL 60025-4363
7716274*       +Hyung J. Choi,    288 Foxhill Dr.,    Buffalo Grove, IL 60089-1570
7716277*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Department of the Treasury-Internal Revenue Servic,
                  Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
7716275*       +Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph,
                 Chicago, IL 60601-3218
7716279*       +Jae Kyeong Jeong,    2404 Chiswick #13,    Champaign, IL 61820-2392
7716280*       +Jae Yong Ahn,    5050 S. Lake Shore Dr. #2211-S,    Chicago, IL 60615-6603
7716282*       +Jeong Hyun Chung,    531 Hazelwood Lane,    Glenview, IL 60025-4533
7716284*       +John C. Kwak,    51 BAsswood Dr.,    Vernon Hills, IL 60061-2301
7695631*       +John C. Kwak,    51 Basswood Dr..,    Vernon Hills, IL 60061-2301
7716285*       +John C. Kwak,    51 Basswood Dr..,    Vernon Hills, IL 60061-2301
7716286*        Jong Su Yun,    Korean Air,    Express Center Bldg, 517 #19,    Amf Ohare, IL 60666
7716287*       +Joseph Auto Mall,    5136 N. Western Ave.,    Chicago, IL 60625-2533
7716291*       +Katherine Park,    2116 Birchwood Lane,    Buffalo Grove, IL 60089-6683
7716292*       +Kenny Kong,    1108 Castillian Ct.,    Glenview, IL 60025-2476
7716293*       +Ki Chul Kang,    7847 N. Nordica Ave.,    Niles, IL 60714-3313
7716294*       +Korea Broadcasting Inc.,    4449 N. Kedzie Ave.,    2nd Fl.,    Chicago, IL 60625-4508
7716295*       +Kyu S. Hwang,    3615 W. Lawrence Ave.,    Chicago, IL 60625-5605
7716296*       +Kyunghui Lee,    8109 Keeler Ave.,    Skokie, IL 60076-3233
7716298*       +M & M Auto Sales,    4031 N. Elston Ave.,    Chicago, IL 60618-2121
7716299*       +M&M Auto Sales,    4031 N. Elston Ave.,    Chicago, IL 60618-2121
7716300*       +Manheim Automotive,    Financial Services,    1400 Lake Hearn Dr., N.E.,    Atlanta, GA 30319-1464
7716307*       +SBC,    Bill Payment Center,    Chicago, IL 60663-0001
7716305*       +Sang Bum Kim,    Cozy Restaurant,    9224 N. Waukegan Rd.,    Morton Grove, IL 60053-2101
7716306*       +Sang H. Han,    4350 Oakton St. #209,    Skokie, IL 60076-3270
7716309*       +Seung W. Yoo,    Yo-Yo Coin Laundromat,    1515 W. Chicago Ave.,    Chicago, IL 60622-5237
7716310*       +Shin R. Choe,    8904 N. Meade Ave.,    Morton Grove, IL 60053-2427
7716311*       +State Farm Bank,    P.O. Box 3299,    Milwaukee, WI 53201-3299
7716312*       +Sun Kim,    742 Sarah Ln,    Northbrook, IL 60062-2172
7716313*       +T. Song C. Park,    80 Braeman Dr.,    Elk Grove Village, IL 60007-3916
7716314*       +Trans Union,    P.O. Box 99506,    Chicago, IL 60693-9506
7716315*       +US Bank,    P.O. Box 6335,    Fargo, ND 58125-6335
7716318*       +Woon H. Jung,    10325 W. Plum Tree Cir. #202,    Hales Corners, WI 53130-2629
7716319*       +Young K. Kim,    15536 Inssbrook Dr.,    Orland Park, IL 60462-5083
7716320*       +Young Mo Lim,    124 White Branch,    Buffalo Grove, IL 60089-1595
7716321*       +Young Soon Yoo,    3406 Sonoma Circle,    Lake In The Hills, IL 60156-6737
7716322*       +Youngsoo Cho,    955 Estes Ave.,    Elk Grove Village, IL 60007-4905
                                                                                          TOTALS: 2, * 51
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: amcc7              Page 3 of 3              Date Rcvd: Oct 23, 2007
Case: 04-02334                 Form ID: pdf002          Total Served: 84
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2007**                          **Signature:**    _/s/ Joseph Speetjens_