UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Auto Plaza, Inc., | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | Case No. 04-02334 |

**Trustee's Final Account
and
Application to Close Case and Discharge Trustee**

To: The Honorable Carol A. Doyle
    United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated: February 4, 2008

/s/
Joseph A. Baldi, Trustee

# Exhibit A

# Compensation Orders

Case 04-02334  Doc 55  Filed 04/03/08  Entered 04/03/08 09:57:13  Desc Main
Document  Page 2 of 14

04-02334:41.1-Application for Compensation-Proposed Order Entered. 10/9/2007 4 52:14 PM by Joseph Baldi, Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Auto Plaza, Inc., | ) | Case No. 04-02334 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

### Order Awarding Trustee's Final Compensation

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation as follows:

1. Compensation    $1,492.50
   Expenses        $0.00

   TOTAL           $1,492.50

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: 11/20/07

ENTERED: _Carol A. Doyle_
United States Bankruptcy Judge

04-02334:43.1:Application for Compensation:Proposed Order Entered: 10/9/2007 5:00:28 PM by Joseph Baldi, Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Auto Plaza, Inc., | ) | Case No. 04-02334 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

### Order Awarding Final Compensation
### To Trustee's Attorneys,
### Joseph Baldi & Associates

THIS MATTER BEING HEARD on the Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses of Joseph A. Baldi & Associates, Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation as follows;

| | | |
|---|---|---|
| 1. | Compensation | $13,769.00 |
| 2. | Expenses | $     86.00 |
| | TOTAL | $13,855.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: 11/20/07

ENTERED: _____
United States Bankruptcy Judge

# Exhibit B

# Distribution Report

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| AUTO PLAZA INC | ) | Case No. 04-02334 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

### Trustee's Final Distribution Report

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $7,451.04 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $7,451.04 |

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $15,211.54 | 48.98 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $1,492.54 | $731.09 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees* | $13,719.00 | $6,719.95 |
| | **CLASS TOTALS** | **$15,211.54** | **$7,451.04** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 7,088.00 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002 | Illinois Department Of Revenue<br>*Claims of Governmental Units-- 507* | $7,088.00 | $0.00 |
| | **CLASS TOTALS** | **$7,088.00** | **$0.00** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | | $ 186,229.97 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Manheim Automotive Financial Service  *General Unsecured* | $143,956.68 | $0.00 |
| 000003 | Youngsoo Cho  *General Unsecured* | $11,000.00 | $0.00 |
| 000004 | American Express Travel Related Svc  *General Unsecured* | $269.12 | $0.00 |
| 000005 | American Express Bank, Fsb  *General Unsecured* | $6,188.53 | $0.00 |
| 000006 | City Of Chicago  *General Unsecured* | $88.00 | $0.00 |
| 000007 | City Of Chicago  *General Unsecured* | $1,560.00 | $0.00 |
| 000008 | Carfax  *General Unsecured* | $250.00 | $0.00 |
| 000010 | Cingular Wireless  *General Unsecured* | $1,221.32 | $0.00 |
| 000011 | Us Bank Corp/ Retail Payment Soluti  *General Unsecured* | $21,696.32 | $0.00 |
| | **CLASS TOTALS** | **$186,229.97** | **$0.00** |

| 13. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | | $ 5,000.00 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000015 | Young K. Kim  *Tardy General Unsecured 726* | $5,000.00 | $0.00 |
| | **CLASS TOTALS** | **$5,000.00** | **$0.00** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 184,151.06 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| S | 000009 | Jai Yuel Chung<br>408 E Kensington rd #B<br>Mt Prospect, IL 60056 | 14,374.38 | DISALLOWED |
| S | 000012 | Pil Rye Jung<br>4120 Cove LN #A<br>Glenview IL 60025 | 15,242.00 | WITHDRAWN |
| S | 000013 | Manheim Automotive Financial Services MAFS<br>c/o Nisen & Elliott LLC<br>200 W Adams St Suite 2500<br>Chicago, IL 60606<br>Attn Daniel P Dawson | 143,956.68 | WITHDRAWN |
| S | 000014 | Jeongsook Lee<br>4902 Turnberry Dr<br>Barrington IL 60010 | 10,578.00 | DISALLOWED |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: November 28, 2007      /s/ Joseph Baldi, as Trustee

# Exhibit C

# Form 2
# Estate Cash Receipts and Disbursements Record

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 04-02334 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | AUTO PLAZA INC | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0892 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5401 | | |
| For Period Ending: | 12/31/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 02/21/07 | | PAUL KOLPAK | Recovery of Preference Sec. 547 | 1241-000 | 7,400.00 | | 7,400.00 |
| | | 6767 N. Milwaukee Ave. | | | | | |
| | | Suite 202 | | | | | |
| | | Niles, IL 60714 | | | | | |
| 02/21/07 | 16 | Asset Sales Memo | Preference Recovery $7,400.00 | | | | 7,400.00 |
| C 02/28/07 | 17 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 0.60 | | 7,400.60 |
| C 03/30/07 | 17 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.28 | | 7,406.88 |
| C 04/30/07 | 17 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.09 | | 7,412.97 |
| C 05/31/07 | 17 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.30 | | 7,419.27 |
| C 06/29/07 | 17 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.09 | | 7,425.36 |
| C 07/31/07 | 17 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.31 | | 7,431.67 |
| C 08/31/07 | 17 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.31 | | 7,437.98 |
| C 09/28/07 | 17 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 4.73 | | 7,442.71 |
| C 10/31/07 | 17 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 4.75 | | 7,447.46 |
| C 11/28/07 | 17 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.58 | | 7,451.04 |
| C t 11/28/07 | | Transfer to Acct #*******0986 | Final Posting Transfer | 9999-000 | | 7,451.04 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******0892 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 2 | Deposits | 7,400.00 | 0 | Checks | 0.00 |
| 10 | Interest Postings | 51.04 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 7,451.04 |
| | Subtotal | $ 7,451.04 | | | |
| | | | | Total | $ 7,451.04 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 7,451.04 | | | |

LFORM2T4

Ver: 12.61a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 2

| Case No: | 04-02334 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | AUTO PLAZA INC | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0986 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5401 | | |
| For Period Ending: | 12/31/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 11/28/07 | | Transfer from Acct #*******0892 | Transfer In From MMA Account | 9999-000 | 7,451.04 | | 7,451.04 |
| C  11/29/07 | 001001 | JOSEPH A. BALDI, as Trustee | | 2100-000 | | 731.09 | 6,719.95 |
| | | Joseph A. Baldi & Associates | | | | | |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| C  11/29/07 | 001002 | Joseph A. Baldi & Associates, P C | | 3110-000 | | 6,719.95 | 0.00 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago IL 60603 | | | | | |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******0986 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 2 | Checks | 7,451.04 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 7,451.04 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 7,451.04 | | | |
| | Total | $ 7,451.04 | | | |

LFORM2T4

Ver: 12.61a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 04-02334 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | AUTO PLAZA INC | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0986 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5401 | | |
| For Period Ending: | 12/31/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   | Report Totals |   | Balance Forward | 0.00 |   |   |   |
|---|---|---|---|---|---|---|---|---|
|   |   |   | 2 | Deposits | 7,400.00 | 2 | Checks | 7,451.04 |
|   |   |   | 10 | Interest Postings | 51.04 | 0 | Adjustments Out | 0.00 |
|   |   |   |   |   |   | 1 | Transfers Out | 7,451.04 |
|   |   |   |   | Subtotal | $ 7,451.04 |   | Total | $ 14,902.08 |
|   |   |   | 0 | Adjustments In | 0.00 |   |   |   |
|   |   |   | 1 | Transfers In | 7,451.04 |   |   |   |
|   |   |   |   | Total | $ 14,902.08 |   | Net Total Balance | $ 0.00 |

LFORM2T4

Ver: 12.61a